**Order entered December 16, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01692-CV

### IN RE KEITH NICKERSON, Appellant

**Original Proceeding from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-9204999-NR**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of

mandamus.  We **ORDER** that relator bear the costs of this original proceeding.

/s/  ROBERT M. FILLMORE
    JUSTICE